THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Kathy Sabo, Appellant,
 
 
 
 
 

v.

 
 
 
 
 Larry Gaymon, Respondent.
 
 
 
 
 

Appeal From Florence County
Haigh Porter, Special Referee

Unpublished Opinion No. 2011-UP-106
 Submitted February 1, 2011  Filed March
15, 2011    

AFFIRMED

 
 
 
 Patrick J. McLaughlin, of Florence, for Appellant.
 Charles J. Hupfer, Jr., of Florence, for Respondent.
 
 
 

PER CURIAM:  Kathy
 Sabo appeals the special referee's order denying her motion for attorney's fees
 from her brother, Larry Gaymon, arising out of a partition action.  Sabo
 contends the special referee erred (1) as a matter of law in finding she was
 not able to recover attorney's fees under Rule 71(d)(3), SCRCP, because there
 was no "common fund" and (2) by abusing its discretion in failing to
 award her attorney's fees.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: Laughon v.
 O'Braitis, 360 S.C. 520, 529, 602 S.E.2d 108, 113 (Ct. App. 2004) ("The
 determination of whether to award attorney's fees in partition actions rests
 within the sound discretion of the trial court. The trial court may fix
 attorneys' fees in all partition proceedings and, as may be equitable, assess
 such fees against any or all of the parties in interest.") (citations and internal
 quotation marks omitted); S&W Corp. of Inman v. Wells, 283 S.C. 218,
 220, 321 S.E.2d 183, 185 (Ct. App. 1984) (holding that such a determination by
 the circuit court will only be overturned by an appellate court upon a showing
 of abuse of discretion).
AFFIRMED.
FEW, C.J.,
 KONDUROS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.